**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2220**

APRIL SUMMERLIN,

                   Plaintiff – Appellant,

          v.

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant – Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Lacy H. Thornburg, District Judge.  (1:08-cv-00148-LHT)

Submitted:  January 26, 2011        Decided:  February 11, 2011

Before WILKINSON, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

V. Lamar Gudger, III, GUDGER & GUDGER, P.A., Asheville, North Carolina, for Appellant.  Edward R. Ryan, United States Attorney, Joseph E. Dunn, Special Assistant United States Attorney, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

April Summerlin appeals the district court's order granting summary judgment to the Commissioner in this action challenging the denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Summerlin v. Comm'r of Social Security, No. 1:08-cv-00148-LHT (W.D.N.C. Aug. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED